```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSETTE RODRIGUEZ,

                Plaintiff,

-against-

FLORA ANTWI, DNP, et al.,

                Defendants.

24-CV-02941 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On April 18, 2024, this action was removed from Bronx County Supreme Court. *See* Dkt. No. 1. On April 23, 2024, the Court scheduled an Initial Pretrial Conference for May 28, 2024. Dkt. No. 3. To date, Plaintiff has not appeared in this action. Accordingly, it is hereby ORDERED that the Initial Pretrial Conference is ADJOURNED *sine die*.

    It is further ORDERED that counsel for Defendants Flora Antwi, DNP and Casa Maria Community Health Center file a letter as to the status of this action and communications with Plaintiff's counsel no later than **May 27, 2024**.

    It is further ORDERED that counsel for Plaintiff, Cornelius Redmond, per the complaint originally filed in Bronx County Supreme Court, *see* Dkt. No. 1-1, file a Notice of Appearance no later than **May 29, 2024**, or risk dismissal of this case for failure to prosecute.

    Counsel for Defendants Flora Antwi, DNP and Casa Maria Community Health Center is directed to send a copy of this Order to counsel for Plaintiff.

Dated: May 23, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge